## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **DAVID M. KONITS, and SCOTT SHIER,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 1:24-cv-02186-SEG** |
| **MISSISSIPPI GREEN OIL, LLC, THOMAS J. MOORE, III, and CHARLES T. HILL,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs David M. Konits and Scott Shier hereby notices this Court, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that this matter is dismissed without prejudice against all Defendants.  In support of this, Plaintiffs state that no Defendant has served an answer and/or a motion for summary judgment.  Plaintiffs further note that no judgments have been entered in this matter.

### CONCLUSION

Plaintiffs notice that this matter is dismissed against all Defendants, without prejudice, as to all claims pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted, this 9th day of October, 2024.

FGP LAW, LLC


/s/ Frank G. Podesta
Frank G. Podesta
Georgia Bar No. 496530
Florida Bar No. 0090488
fpodesta@fgplaw.com

555 Sun Valley Drive
Suite N-3
Roswell, Georgia 30076
678.677.5143 (voice)
678.222.0123 (facsimile)
*Attorneys for Plaintiffs*